KEVIN V. RYAN (CSBN 118321)
United States Attorney

*E-filed 9/28/06*

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone:  (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE ALEJANDRO MARTINO- ) <br> GONZALES, ) <br> ) <br> Defendant. ) <br> ) | No. 06-00634 RS <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME <br><br> SAN JOSE VENUE |

On September 21, 2006, the parties in this case appeared before the Court for an arraignment. After the defendant was arraigned and entered a plea of not guilty, Assistant United States Attorney Susan Knight then explained that the government recently provided discovery to the defendant's attorney, Alfredo Morales, and requested an exclusion of time under the Speedy Trial Act from September 21, 2006 to November 2, 2006.  The defendant, through his attorney, agreed to the exclusion.  The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

//

STIPULATION AND [PROPOSED] ORDER
No. 06-00634 RS                                                 1

1  SO STIPULATED:                         KEVIN V. RYAN
                                          United States Attorney
2

3  DATED:_____                   _____/s/_____
                                          SUSAN KNIGHT
4                                         Assistant United States Attorney

5
   DATED:_____                   _____/s/_____
6                                         ALFREDO M. MORALES
                                          Counsel for Mr. Martino-Gonzales
7

8

9       Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded

10 under the Speedy Trial Act from September 21, 2006 until November 2, 2006.  The Court finds,

11 based on the aforementioned reasons, that the ends of justice served by granting the requested

12 continuance outweigh the best interest of the public and the defendant in a speedy trial.  The

13 failure to grant the requested continuance would deny defense counsel reasonable time necessary

14 for effective preparation, taking into account the exercise of due diligence, and would result in a

15 miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made

16 under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

17 SO ORDERED.

18

19 DATED: 9/28/06  _____                  _____
                                           HOWARD R. LLOYD
20                                         United States Magistrate Judge

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
No. 06-00634 RS                              2