UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
FEB 14 2007
CLERK
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

UNITED STATES OF AMERICA, )
         Plaintiff; )
                             )
        - vs -                  )   Docket No. CR 06-00634 RS
                             )
Jose Martinez-Gonzalez     )
         Defendant.     )

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Judgment and Sentencing hearing originally set for the 12th day of April 2007, be continued until the 31st day of May 2007, at 11:00 a.m.

2/13/07
DATE

Richard Seeborg
United States Magistrate Judge