Alfredo M. Morales [SBN 69204]
Law Offices of Morales & Leaños
75 East Santa Clara Street, Ste 250
San José, California 95113
Telephone: (408) 294-5400

Attorney For Defendant
José Alejandro Gonzalez

FILED

APR -6 2007

D W. WIEKING
U.S. DISTRICT COURT
N DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-06 00634 RS |
| Plaintiff, | [PROPOSED] *as* |
| v. | TRAVEL ORDER |
| José ALEJANDRO GONZALEZ, | |
| Defendant. | |

Upon request of the Defendant, José Alejandro Gonzalez, by and through counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED that defendant is permitted to leave the Northern District of California no sooner than May 4, 2007 and travel to the Central District of California for the purpose described in the Application.

IT IS FURTHER ORDERED that defendant is to return to the Northern District of California no later than May 8, 2007.

IT IS FURTHER ORDERED that prior to leaving, defendant is to provide the address and a contact telephone number where he will be staying during his time out of this District and otherwise comply with such other conditions deemed necessary by the Office of Pretrial Services.

Dated: 4/6/07

Hon. Richard Seeborg
United States Magistrate Judge

Application for Travel and Order                                                       1